UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ARIOCHA PEREZ,                                        CASE NO:2021-16597- AJC

    Debtor
_____/

### ANAIS URGELLES AND SANDRA URGELLES MOTION FOR RELIEF FROM AUTOMATIC STAY

**Any interested party who fails to file and serve a written response to this motion within Fourteen (14) days after the date of service stated in this motion shall, pursuant to Local Rule FRBP 4001.1(b), be deemed to have consented to the entry of an order granting the relief requested in the motion**

    **COMES NOW** Anais Urgelles and Sandra Urgelles (hereinafter individually and collectively "Movants"), by and through their undersigned attorneys respectfully moves this court, pursuant to 11 U.S.C Section 362(d), for relief from the automatic stay as to Geico General Insurance Company, and as grounds for this relief Movants would show:

1.    On July 11, 2018, Debtor was involved in an automobile accident with the Movant. As a result of the accident, Movants were injured.

2.    On March 27, 2020, Movants filed a lawsuit against Debtor and Geico General Insurance for their injuries in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, case number 2020-7332 CA 01

3.    Geico General Insurance is Movants' uninsured motorist carrier.

4.    On July 2, 2021, Debtor file for bankruptcy protection under Chapter 13 of the Bankruptcy Code.

5.    On July 2, 2021, Debtor filed a Suggestion of Bankruptcy in the Circuit Court case.

6.    On July 6, 2021, Judge Jennifer D. Bailey entered an Order Placing Case on Inactive

Status Due to Bankruptcy Stay.

7. Geico General Insurance Company is not the Debtor in the case and is not related to the Debtor

8. Therefor, the automatic stay does not apply to Geico General Insurance Company.

9. Counsel for Movants contacted Counsel for Debtor, Robert Sanchez, who does not object to this motion.

**WHEREFORE** Movants, Anais Urgelles and Sandra Urgelles, prays for an order granting relief from the automatic stay as to Geico General Insurance Company and instructing the Circuit Court to remove the case from inactive status allowing Movants to pursue their uninsured motorist claim against Geico General Insurance Company.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all ECF registered users herein via CM/ECF, and Luis Mendez-Aponte, Esq., Luks, Santaniello, Petrillo & Cohen, 150 W. Flagler Street, Ste. 2600, Miami, FL 33131; Lmendez-Aponte@ls-law.com; colivera@insurancedefense.net; LUKSMIA-PLEADING@LS-LAW.COM on this 7th day of October, 2021.

    *Lazaro Lopez*
Lazaro J. Lopez
Fla. Bar No. 978861
Attorney for Movants
Law Center at Brickell Bay
2333 Brickell Avenue, Ste. A-1
Miami , FL 33129
Tel: (305) 477-5933
Email: lazaro@lopezattorney.com