

**ORDERED in the Southern District of Florida on November 4, 2021.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ARIOCHA PEREZ,                                                      CASE NO:2021-16597- AJC

   Debtor                                                                          CH: 13

_____/

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

**THIS CAUSE** came to before on the Creditors', Anais Urgelles and Sandra Urgelles, Motion for Relief from Automatic Stay (DOC 29; the "Motion"). Based upon the Creditors' assertions made in support of the Motion, without objection or response, having considered the record in this case, and being duly advised in the premises, it is

**ORDERED**:

1. The Motion is **GRANTED** as to Geico Insurance Company.

2. The Circuit Court is directed to vacate the Order Placing Case on Inactive Status Due to Bankruptcy Stay, Case No. 21-16597-AJC entered in Case No. 20-7332 CA 01, as to Geico Insurance Company and allow the case to proceed in its normal course.

# # #

**Submitted by:**

Lazaro J. Lopez, Esq.
2333 Brickell Avenue, Ste. A-1
Miami FL 33129
Telephone: (305) 477–5933

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).