

**ORDERED in the Southern District of Florida on February 21, 2023.**

**Paul G. Hyman, Jr., Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                      Case No.: 21-16597-PGH
Ariocha Perez Fernandez
Veronica Hernandez Villegas,
      Debtor(s).                                                      Chapter 13
_____/

### AGREED ORDER SUBSTITUTING COUNSEL FOR DEBTORS

**THIS CAUSE** having come upon this Court Ex-Parte upon the Agreed Stipulation for Substitution of Counsel For Debtor(s) and the parties having agreed and the Court being fully advised in the premises it is thereupon:

**ORDERED AND ADJUDGED:**

1. That JOSE A. BLANCO be and the same is hereby substituted as counsel of record for Debtor(s), ARIOCHA PEREZ FERNANDEZ and VERONICA HERNANDEZ VILLEGAS, and further that ROBERT SANCHEZ be and the same is withdrawn as counsel of record for Debtor(s) herein and relieved of further responsibility in connection herewith.

1. There are no further attorney's fees due to ROBERT SANCHEZ, Esq.

2. The balance of attorney's fees and costs in the Plan, if any, and any earned but unpaid fees are to be paid to Debtor's attorney, Jose A. Blanco.

# # #

Submitted By:
Jose A. Blanco | FBN: 062449
JOSE A. BLANCO, P.A.
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service within the time required by the Local Rules.